# EXHIBIT 3

# MINTZ LEVIN

3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
858 314-1500
858 314-1501 fax
www.mintz.com

Andrew D. Skale | 858 314 1506 | ASkale@mintz.com

**VIA FACSIMILE, E-MAIL, AND FEDERAL EXPRESS**

October 7, 2013

Copyright and Trademark Agent
Amazon.com Legal Department
410 Terry Avenue North
Seattle, WA 98109-5210
Tel: (206) 266-4064
Fax: (206) 266-7010
E-mail: copyright@amazon.com

Re:  Notice of Patents and Take-Down Request

Dear Sir or Madam:

This firm represents Zibpuds, Inc. ("Zipbuds"), in patent, trade dress, and other legal matters. This letter is to notify you of trade dress and patents of Zipbuds' in relation to products being sold on Amazon.com. We ask you to take-down the products listed in Exhibit A from your online store.

Zipbuds owns numerous design and utility patents relating to its products, including U.S. Patent No. D652,407 and U.S. Patent No. 8,455,758 (the '407 and '758 Patents) (attached). A simple review of the these product and Zipbuds' patents is quite telling:


Amazon (Example)


'758 Patent


'407 Patent

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

BOSTON | WASHINGTON | NEW YORK | STAMFORD | LOS ANGELES | PALO ALTO | SAN DIEGO | LONDON

Amazon.com Legal Department
October 4, 2013
Page 2

It is our understanding that Amazon has responded to demands from our client, claiming it is not responsible for goods sold under its website (arguing it is a baliee), citing *Pharmastem Therapeutics, Inc. v. Viacell, Inc.*, 2007 U.S. App. LEXIS 16245. This analysis is incorrect. First, *Pharmastem* is not applicable. There, families gave cord blood to companies, they did not sell its cord blood to these companies. 491 F.3d at 1357. The companies were never owners of the blood, title never changed hands and therefore, there was no sale. *Id.* The court reasoned the companies were not entitled to dispose of the blood as they chose, they were instead contractually obligated to preserve it until it was needed by the family. *Id.* The companies were therefore merely bailees, not sellers. *Id.* (quoting *Sturm v. Boker*, 150 U.S. 312, 329-30 (1893) ("The recognized distinction between bailment and sale is that, when the identical article is to be returned in the same or in some altered form, the contract is one of bailment and the title to the property is not changed. On the other hand, when there is no obligation to return the specific article, and the receiver is at liberty to return another thing of value, he becomes a debtor to make the return, and the title to the property has changed."). Even though Amazon may take goods on a consignment basis, there is an expectation that they offer the goods for sale and ultimately sell the goods (even though they may return some of the excess product). For this reason, Amazon cannot rely on being merely a bailee.

Second, Amazon is liable for direct infringement under 35 USC § 271(a) because it is both offering to sell the infringing product and sold the infringing product. Numerous cases uphold the right of a patent owner to sue a dealer or retailer who purchases and resells articles form an infringing manufacturer. *American Chem. Paint Co. v. Thompson Chem. Corp.*, 244 F.2d 64, 67 (9th Cir. 1957) ("A patent owner has a cause of action, separate and independent from that against an infringing manufacturer, to recover profits and damages and to restrain one who resells a product which he purchased from an infringing manufacturer."); *Sherman, Clay & Co. v. Searchlight Horn Co.*, 225 F. 497, 500 (9th Cir. 1915) ("[T]he owner has the lawful right to sue any dealer who is making merchandise of his patented article."); *see also* 5-16 *Chisum on Patents* § 16.02 ("Numerous cases uphold the right of a patent owner to sue a dealer or retailer who purchases and resells articles from an infringing manufacturer.").

As Amazon has even recognized previously, its liability is coextensive are a reseller. *Shifferaw v. EMSON USA*, 2010 U.S. Dist. LEXIS 25612, 10-11 (E.D. Tex. Mar. 18, 2010) (Amazon stipulated to be bound by patent infringement determination as to manufacturer selling on its site).

Accordingly, we hereby demand that Amazon remove from its online store the products available on the above identified links. Continued sale despite notice would put Amazon at enhanced risk for liability.

Amazon.com Legal Department
October 4, 2013
Page 3

Please respond by **October 17, 2013**, with the steps you have taken to ensure that the above products and any associated content are removed from Amazon's website. Please do not hesitate to contact me if you have any questions.

We look forward to your prompt response.

Sincerely yours,

Andrew D, Skale

Enclosures
23222249v.1

Amazon.com Legal Department
October 4, 2013
Page 4

# EXHIBIT A

i-Ecko i-Slide - Cool Orange Tangle-Free Zipper Earbuds
- ASIN: B005KS8PX6
- Item model number: IESLO

i-Ecko i-Slide - Cool Black Tangle-Free Zipper Earbuds
- ASIN: B005LQ05WG
- Item model number: IESLB

iHip IP-ZIP-BK Tangle Free Zippered Ear Buds - Black
- ASIN: B007ADFV72
- Item model number: IP-ZIP-BK

iHip IP-ZIP-BL Tangle Free Zippered Ear Buds - Blue
- ASIN: B007ADFV6I
- Item model number: IP-ZIP-BL

iHip IP-ZIP-W Tangle Free Zippered Ear Buds - White
- ASIN: B007ADFV5O
- Item model number: IP-ZIP-W

iHip IP-ZIP-P Tangle Free Zippered Ear Buds - Pink/Black
- ASIN: B007ADG0NG
- Item model number: IP-ZIP-P

ECKO UNLIMITED EKU-ZIP-BL Zip Earbud -Blue
- ASIN: B005F2KHVA
- Item model number: EKU-ZIP-BL

Mizco EKU-ZIP-PK ECKO ZIP Stereo Earbud Headphones with In-Line Microphone - Pink
- ASIN: B005F2KJK4
- Item model number: EKU-ZIP-PK

Mizco EKU-ZIP-GLD ECKO ZIP Stereo Earbud Headphones with In-Line Microphone - Gold
- ASIN: B005F2KI96
- Item model number: EKU-ZIP-GLD

Mizco EKU-ZIP-WHT ECKO ZIP Stereo Earbud Headphones with In-Line Microphone - White

Amazon.com Legal Department
October 4, 2013
Page 5

- ASIN: B005F2KIY6
- Item model number: EKU-ZIP-WHT

Unique Zipper Style 3.5mm Black Stereo Earbuds For Your Music Listening Pleasure - Retail Packaged
- ASIN: B009SPEDOC
- Item model number: ARI-ZIPBUD-BLK

Unique Zipper Style 3.5mm Blue Stereo Earbuds For Your Music Listening Pleasure - Retail Packaged
- ASIN: B009SPEQW6
- Item model number: ARI-ZIPBUD-BLK

Unique Zipper Style 3.5mm Pink Stereo Earbuds For Your Music Listening Pleasure - Retail Packaged
- ASIN: B009SPEL4Y
- Item model number: ARI-ZIPBUD-BLK

Earphone Headphones With Remote Mic for iPhone 5 4 4S Zipper Style Green
    ASIN: B00A475342

Sound Logic XT Tangle-Free Zip Earbuds (Black)
    ASIN: B009TDWDPE

SoundLogic Zippered Earbuds/Earphones, Black
    ASIN: B009I3989E

SoundLogic Zippered Earbuds/Earphones, Pink
    ASIN: B009I398Z8

SoundLogic Zippered Earbuds/Earphones, White
    ASIN: B009I39ACE

SoundLogic Zippered Earbuds/Earphones, Purple
    ASIN: B009I399LQ

Example Hyperlinks:
    http://www.amazon.com/i-Ecko-i-Slide-Tangle-Free-Zipper-Earbuds/dp/B005LQ05WG/ref=sr_1_7?s=electronics&ie=UTF8&qid=138092038 9&sr=1-7&keywords=i-ecko

Amazon.com Legal Department
October 4, 2013
Page 6

http://www.amazon.com/i-Ecko-i-Slide-Orange-Tangle-Free-Earbuds/dp/B005KS8PX6/ref=sr_1_18?s=electronics&ie=UTF8&qid=1380920389&sr=1-18&keywords=i-ecko

http://www.amazon.com/iHip-IP-ZIP-P-Tangle-Free-Zippered/dp/B007ADG0NG/ref=sr_1_4?s=electronics&ie=UTF8&qid=1380925263&sr=1-4&keywords=zipper+earbuds

http://www.amazon.com/iHip-IP-ZIP-BL-Tangle-Free-Zippered/dp/B007ADFV6I/ref=sr_1_3?s=electronics&ie=UTF8&qid=1380925332&sr=1-3&keywords=zipper+earbuds

http://www.amazon.com/Home-Zone-ZHP1-Zipper-Headphones/dp/B00BQX6L76/ref=sr_1_7?s=electronics&ie=UTF8&qid=1380925367&sr=1-7&keywords=zipper+earbuds

http://www.amazon.com/Mizco-EKU-ZIP-WHT-Stereo-Headphones-Microphone/dp/B005F2KIY6/ref=sr_1_12?s=electronics&ie=UTF8&qid=1380925410&sr=1-12&keywords=zipper+earbuds

http://www.amazon.com/SoundLogic-Zippered-Earbuds-Earphones-Black/dp/B009I3989E/ref=sr_1_6?s=electronics&ie=UTF8&qid=1380925574&sr=1-6&keywords=zippered+earbuds

http://www.amazon.com/SoundLogic-Zippered-Earbuds-Earphones-White/dp/B009I39ACE/ref=sr_1_29?s=electronics&ie=UTF8&qid=1380925684&sr=1-29&keywords=zippered+earbuds

http://www.amazon.com/SoundLogic-Zippered-Earbuds-Earphones-Purple/dp/B009I399LQ/ref=sr_1_30?s=electronics&ie=UTF8&qid=1380925757&sr=1-30&keywords=zippered+earbuds

http://www.amazon.com/SoundLogic-Zippered-Earbuds-Earphones-Pink/dp/B009I398Z8/ref=sr_1_31?s=electronics&ie=UTF8&qid=1380925772&sr=1-31&keywords=zippered+earbuds

http://www.amazon.com/Sound-Logic-Tangle-Free-Earbuds-Black/dp/B009TDWDPE/ref=sr_1_8?s=electronics&ie=UTF8&qid=1380925816&sr=1-8&keywords=%22zippered+earbuds%22

Amazon.com Legal Department
October 4, 2013
Page 7

http://www.amazon.com/Unique-Zipper-Earbuds-Listening-Pleasure/dp/B009SPEQW6/ref=sr_1_1?s=electronics&ie=UTF8&qid=1380926876&sr=1-1&keywords=b009speqw6